UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
_____

IN RE:
Larry B. Oaks                                    1-11-10418-MJK
                                                 Debtor(s).
_____

**AFFIRMATION BY TRUSTEE IN SUPPORT**
**OF OBJECTION TO CLAIMS**
_____

Now comes the Trustee, MORRIS L. HORWITZ, and would show this Court as follows:

The following claim is objected to for the reason stated and the relief sought is indicated thereafter.

1. The debtor(s) filed a petition for relief under Chapter 7 of Title 11 of the U.S. Code on February 15, 2011.

2. A Notice of Need to File Proof of Claim Due to recovery of Assets was issued by United States Bankruptcy Court setting a bar date of June 24, 2011. There is a late-filed claim.

3. The trustee objects to and seeks disallowance of the following claims for the reasons stated:

| Claim Number | Creditor | Amount | Objection | Disposition |
|---|---|---|---|---|
| 11 | Capital One NA c/o Bass & Associates | 961.75 | Late filed on 7/10/2012; trustee seeks reclassification to "late-filed general unsecured." | |

Affirmed under penalty of perjury.

May 4, 2013

                                              _____
                                              /s/MORRIS L. HORWITZ

TO:
PER FILED CERTIFICATE OF SERVICE